| | |
|---|---|
| 1 | Russell Brown |
| 2 | CHAPTER 13 TRUSTEE |
|   | Suite 800 |
| 3 | 3838 North Central Avenue |
|   | Phoenix, Arizona 85012-1965 |
| 4 | 602.277.8996 |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| In re | Chapter 13 |
| CHRISTINE H. PAULINO, | Case No. 2-23-bk-07888-BKM |
| | **TRUSTEE'S RECOMMENDATION ON MODIFIED PLAN** |
| Debtor. | Deadline is October 23, 2024 |

The Trustee has reviewed the Modified Chapter 13 Plan filed June 20, 2024.

(1) The Modification proposes the following changes in the Confirmed Plan:

(a) $1120.00 each month for month 1 through month 3.

$1220.00 each month for month 4 through month 7.

$830.00 each month for month 8 through month 60

(b) Provides for the surrender of the 2016 Kia Optima to Carvana, LLC/Bridgecrest.

(c) Attorney fees are increased by $1,000.00 and will be paid as an additional administrative claim.

(2) In all other respects, the provisions of the Confirmed Plan will continue to govern.

(3) The Trustee notes that Carvana, LLC/Bridgecrest was paid $1,200.00 prior to the filing of the Modified plan. The payment must be accounted for in the Order confirming modified plan.

(4) The Trustee requests a copy of the 2023 federal and state income tax returns filed by the Debtor, along with all attachments, forms, schedules and statements. Debtor is to provide a copy of the returns to counsel, if applicable, and Debtors' counsel is to provide the returns to the Trustee through www.bkdocs.us.

SUMMARY: Pursuant to Local Rule 2084-10(b), by October 23, 2024, Debtor is to resolve all of the above issues and provide the Trustee with a proposed order confirming modified plan that meets the above requirements, or the Debtor must file an objection to the Recommendation and obtain a hearing date. If neither is accomplished, then the Trustee could file a notice of intent to lodge a dismissal order.

Copy mailed or emailed to:

CHRISTINE H. PAULINO
14015 WEST ALEPPO DRIVE
SUN CITY WEST, AZ 85375

PHOENIX FRESH START
THOMAS ADAMS MCAVITY
4131 MAIN STREET
SKOKIE, IL 60076-2780
DOCUMENTS@PHXFRESHSTART.COM

_____
*jmorales@ch13bk.com*

- 2 -